THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RYAN TORKINGTON,

    Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATIONS, et al.,

    Defendants.

3:17-CV-639
(JUDGE MARIANI)

FILED
SCRANTON
JUN 13 2017
PER _____
DEPUTY CLERK

## ORDER

The background of this Order is as follows:

On June 8, 2017, the Court held a conference call with counsel for the parties in the above captioned matter. (Doc. 9). During that call, it was discussed that this case is duplicative of another matter presently before this Court, *Torkington v. United States*, docked at 3:16-cv-1817. After discussing the status of this other case, Plaintiff agreed to voluntarily dismiss the above captioned matter.

ACCORDINGLY, THIS 13th DAY OF JUNE, 2017, in light of the above, IT IS HEREBY ORDERED THAT the above captioned matter is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge